UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHEILA NICHELSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:06CV1403 |
| JOHN H. SOEDER, III, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to the Memorandum Opinion issued this day,

**IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED**, without prejudice, for arbitration of the issues presented.

_____
STEPHEN N. LIMBAUGH
UNITED STATES DISTRICT JUDGE

Dated this 27th day of October, 2006.